Jon M. Leader (SBN: 147059)
jleader@lglaw.la
Robert B. Broadbelt (SBN: 11714)
rbroadbelt@lglaw.la
**LEADER GORHAM LLP**
1990 South Bundy Drive, Suite 390
Los Angeles, CA  90025
Telephone:   (310) 696-3300
Telecopy:     (310) 696-3305

Attorneys for Defendant
Enhanced Recovery Company, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ALVERNE BALL, | Case No.: CV-10-9397-JEM |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF INTERESTED PARTIES** |
| ENHANCED RECOVERY COMPANY, LLC, | |
| Defendant. | |

///

///

///

40867.doc

1
**NOTICE OF INTERESTED PARTIES**

The undersigned, counsel of record for Defendant Enhanced Recovery Company, LLC, certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

Defendant:  Enhanced Recovery Company, LLC.

Defendant's parent corporation:  ERC Holdings, LLC.

Plaintiff:  Alverne Ball

DATED:  January 28, 2011          LEADER GORHAM LLP


_/s/ Jon M. Leader_____
Jon M. Leader (SBN: 147059)
jleader@lglaw.la
1990 Bundy Dr., Suite 390
Los Angeles, CA 90025
Telephone:  (310) 696-3300
Facsimile:  (310) 696-3305

Attorneys for Attorneys for Defendant Enhanced Recovery Company, LLC