Jon M. Leader (SBN: 147059)
jleader@lglaw.la
Robert B. Broadbelt (SBN: 11714)
rbroadbelt@lglaw.la
**LEADER GORHAM LLP**
1990 South Bundy Drive, Suite 390
Los Angeles, CA  90025
Telephone:   (310) 696-3300
Telecopy:    (310) 696-3305

Attorneys for Defendant
Enhanced Recovery Company, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ALVERNE BALL, | Case No.: CV-10-9397-JEM |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT ENHANCED RECOVERY COMPANY, LLC'S CORPORATE DISCLOSURE STATEMENT** |
| ENHANCED RECOVERY COMPANY, LLC, | |
| Defendant. | |

///

///

///

1

**DEFENDANT ENHANCED RECOVERY, LLC'S CORPORATE DISCLOSURE STATEMENT**

40868.doc

Defendant Enhanced Recovery Company, LLC ("Defendant") hereby submits the following Disclosure Statement, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:  Defendant is wholly owned by the holding company ERC Holdings, LLC.  This is not a publicly traded company that owns 10% or more of Defendant's stock.

DATED:  January 28, 2011          LEADER GORHAM LLP


 _/s/ Jon M. Leader_____
Jon M. Leader (SBN: 147059)
jleader@lglaw.la
1990 Bundy Dr., Suite 390
Los Angeles, CA 90025
Telephone:  (310) 696-3300
Facsimile:  (310) 696-3305

Attorneys for Attorneys for Defendant Enhanced Recovery Company, LLC