# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV10-09397 JAK (CWx) | Date | July 21, 2011 |
| Title | Alverne Ball v. Enhanced Recovery Company, LLC | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Present |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS ORDER) SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On July 20, 2011, plaintiff filed "Notice of Settlement" [23]. The Court sets an Order to Show Cause re Dismissal for September 1, 2011 at 8:30 a.m. If the parties file a dismissal by August 29, 2011, the matter will be taken off calendar and no appearance by counsel will be required.

The Status Conference re Settlement, Final Pretrial Conference, Status Conference re Exhibit, and Jury Trial are vacated.

**IT IS SO ORDERED.**

: 

Initials of Preparer    ak